Henry Schoenherr, Appellant, v. W. K. Van Meter, as Trustee in Bankruptcy of Brooklyn Consolidated Drug Company, Respondent, and Others, Defendants.—Judgment affirmed, with costs, on authority of *Matter of Meighan* (106 App. Div. 599; affd., 182 N. Y. 558).   Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Thomas Scott, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.—Judgment and order unanimously affirmed, with costs.   No opinion.   Present—Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Thomas Sealy, Appellant, v. Clarence Foote and Carrie A. Foote, Respondents.—Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Sidney W. Smith, Respondent, v. Westchester Fire Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

William Stillwell, Appellant, v. Caroline V. Bateman and Others, Respondents. — Judgment and order reversed and new trial granted, costs to abide the event.   The competency of plaintiff's mother to testify is sustained by *Healy* v. *Healy* (55 App. Div. 315; affd., 166 N. Y. 624).  *Rosseau* v. *Rouss* (180 N. Y. 116) is distinguishable upon the facts, and does not apply where the child furnished the consideration.   At the time of this trial plaintiff's mother had no interest in any judgment the court might render; she had no enforcible claim or right to any portion of any recovery by plaintiff, and she was without any interest or expectancy in the event of plaintiff's death.   Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Cornelia N. Stuyvesant, Respondent, v. Josephine G. Walters and Others, Respondents.   Clarence W. Bergen and Others, Appellants.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.